## GILBERT LILLY AND THOMAS BOSTON
### v.
## JAMES AND FRANCIS LASSELLE

### 1810

#### JOURNAL ENTRIES

1. Special bail; rule to plead; continuance . . . *Journal, infra,* \*p. 312

#### PAPERS IN FILE

1. Precipe for capias . . . . . . . . . *Printed in Vol. 2*
(case 250)
2. Capias . . . . . . . . . . . . . . .